Filed 02/02/11                    Case 11-22685                                      2011-22685
                                                                                    FILED    Doc 3
                                                                                  February 02, 2011
                                                                                  CLERK, U.S. BANKRUPTCY COURT
                                                                                  EASTERN DISTRICT OF CALIFORNIA
                                                                                  0003253231

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE: )
Blue Ribbon Stairs, Inc. )
 )
 )
 ) Bankruptcy Case No.
 )
 )
 )
_____Debtors.____)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case (<u>please check and complete one</u>):

☐ on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, [**<u>required</u> with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer**]

<u>OR</u>

☑ typed in scannable format on paper, consisting of __18__ pages and listing a total of ___151___ creditors, [**only acceptable with conventionally filed petitions <u>not</u> prepared by an attorney or bankruptcy petition preparer**]

<u>OR</u>

☐ electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of _____ creditors, [**<u>required</u> with electronically filed petitions**]

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: <u>February 1, 2011</u>

_____, President          _____
     Debtor's Signature                                  Joint Debtor's (if any) Signature

EDC 2-100 (Rev. 9/2004)

```
Access Information Management
Box 4837
Hayward, CA  94540

Aguayo, Antonio
4012 E Ogden Ave
Las Vegas, NV  89110

Alto Freight
2867 Surveyor St
Pomona, CA  91768

American Fidelity Assurance
Box 268805
Oklahoma City, OK  73126

Amerigas - Sacramento
Box 7155
Pasadena, CA  91109

Andreyev, Dmitry
2821 Rascommon Way
Sacramento, CA  95827

Andreyev, Oleg
9801 Fall Valley Way
Sacramento, CA  95829

AT&T
Payment Center
Sacramento, CA  95887

AT&T
Box 5019
Carol Stream, IL  60197

AT&T Long Distance
Box 660688
Dallas, TX  75266

Axis Specialty Insurance
Box 25033345
Acton, CA  93510

Barnes, Scott
1554 Kathy Ln
Los Altos, CA  94024

Bartel, Gary
5012 S Birchwood Ave
Sioux Falls, SD  57108

Beavers, Ted
4308 El Pasada Ave
Las Vegas, NV  89102
```

```
Bickmore, Kimberly
5917 Riverside Blvd #37
Sacramento, CA  95831

Bilivskoy, Yuriy
3656 Cummings Way
North Highlands, CA  95660

Blue Shield Of California
FILE 55331
Los Angeles, CA  90074

Burrtec Waste Industries
1850 Aqua Mansa Rd
Riverside, CA  92509

Cahan Wood Products Ltd
Box 241
Bellevue, WA  98009

California Chamber Of Commerce
Box 537016
Sacramento, CA  95853

Camm, Elizabeth
8701 Laguna Star Dr
Elk Grove, CA  95758

Canon Financial Services
14904 Collections Center Dr
Chicago, IL  60693

Canteen Refreshments
Highland Estates Coffee Traders
File #50196
Los Angeles, CA  90074

Carlsen, Brian
3909 Fargo Way
North Highlands, CA  95660

Castillo, Jose
2425 Norbert Way
Sacramento, CA  95833

Castillo, Oscar
622 Narwich Ct
Sacramento, CA  95833

CDW Direct LLC
Box 75723
Chicago, IL  60675

Centurylink
Box 660068
Dallas, TX  75266
```

```
Clarke & Rush
4411 Auburn Blvd
Sacramento, CA  95841

Construction Industry Research Bd
2511 Empire Ave
Burbank, CA  91504

Contact Industries Inc
9200 SE Sunnybrook Blvd Ste 200
Clackamas, OR  97015

Copier Expo Inc
20635 Valley Blvd Unit A
Walnut, CA  91789

Corporate Tax Incentives LLC
Box 1133
Rancho Cordova, CA  95741

Crown Carbide Inc
3540 42nd Ave
Sacramento, CA  95824

D&K Drywall
4211 Production Ct
Las Vegas, NV  89115

Dats Trucking Inc
Box 910550
Saint George, UT  84791

Dayspring Hardwood & Moulding
2816 SW Cessna Dr
Prineville, OR  97754

De Lage Landen Financial
Box 41602
Philadelphia, PA  19101

Downey Brand Attorneys LLP
621 Capitol Mall 18th Floor
Sacramento, CA  95814

EDF Resource Capital, Inc.
7509 Madison Avenue, Suite 111
Sacramento, CA  95610

Enders, Clayton
321 Lambuth Ave
Oakdale, CA  95361

Enriquez, Dennis
2424 Bay Meadows
Las Vegas, NV  89108
```

```
Esparza, Andres
420 Rimmer Ave
Sacramento, CA  95833

Excel Landscape
710 Rimpau Ave Ste 108
Corona, CA  92879

Fedex
Box 371599
Pittsburgh, PA  15250

First Bankcard
Box 2818
Omaha, NE  68103

Fitzpatrick & Casimiro Inc
3600 American River Dr Ste 210
Sacramento, CA  95864

Frazee Paint
Dept 2510
Los Angeles, CA  90084

Gary Bartel
5012 S Birchwood Ave
Sioux Falls, SD  57108

Gateway Acceptance Company
2255 Contra Costa Blvd, Ste 300
Pleasant Hill, CA  94523

Golden Eagle Insurance Corp
Box 85834
San Diego, CA  92186

Gonzalez, Jose
14512 S Lime Ave
Compton, CA  90221

Gonzalez, Oswaldo
14512 S Lime Ave
Compton, CA  90221

Grauso, Kerri
8232 Burgundy Ave
Rancho Cucamonga, CA  91730

Gurin, Alexander
1460 Q St
Rio Linda, CA  95673

Hajj, Ahmed
C/O Law Offices Of Sheldon J Fleming
2030 Main St Ste 1300
Irvine, CA  92614
```

```
Hampton Inn & Suites
4250 Riverwalk Pkwy
Riverside, CA  92505

Hanger Bolt & Stud Co
165 W New Road
Greenfield, IN  46140

Heath, Jim
407 Hersham Ct
Roseville, CA  95661

Hefner, Stark & Marois LLP
2150 River Plaza Dr Ste 450
Sacramento, CA  95833

Heitman, David
2164 Zicker Ave
Las Vegas, NV  89123

Home Depot Credit Services
Box 6029
Dept 32
The Lakes, NV  88901

Honsam Investment, LLC
829 Eagle Crest Court
Riverside, CA  92506

ICI Delux Paint Center
3115 Gold Valley Dr Ste A
Rancho Cordova, CA  95742

Internal Revenue Service
Cincinnati, OH  43999-0039

J E Higgins Lumber Co.
6999 South Front Rd
Livermore, CA  94551

Jensen Fasteners
7935 14th Ave
Sacramento, CA  95826

JF Computer Solutions
18 Tadlock Place
Woodland, CA  95776

John Waddell & Co
3416 American River Dr Ste A
Sacramento, CA  95864

Kaiser Permanente
Box 60000
File 31255
San Francisco, CA  94160
```

```
Karelson, Sergei
3231 California Ave
Carmichael, CA  95608

Kelly Moore Paint Co Inc
105 Elmira Road Ste 500
Vacaville, CA  95687

Klingfus, Brittany
758 Hanoverian Cir
Galt, CA  95632

Lainez, Julio
3612 Riviera Ave
Las Vegas, NV  89102

LAJ Wood Products Inc
1035 Whipple Rd
Hayward, CA  94544

Langley, Stephen
261 Oberlin Way
Galt, CA  95632

Law Offices Of Hemar, Rousso & Heald LLP
15910 Ventura Blvd 12th Fl
Encino, CA  91436

Leeper's
Box 17098
Long Beach, CA  90807

Lemus, Ignacio
784 Elkington Ave
Salinas, CA  93905

Lindh, Charles
3230 Via Almonte
Fallbrook, CA  92037

LJ Smith Inc
25956 Commercecentre Dr
Lake Forest, CA  92630

Lowe, Spencer
1836 Terrace Cove Ct
Folsom, CA  95630

Lumber Products
Box 28007
Portland, OR  97208

MacKenzie & Brody
1107 Second St Ste 330
Sacramento, CA  95814
```

```
Mailfinance
Box 45840
San Francisco, CA  94145

Masco Builder Cabinet Group
Box 534579
Atlanta, GA  30353

Mastroieni, Vincent
1548 Highland Blvd
Hayward, CA  94542

McCawley, Mike
1012 Griscom Ct
Las Vegas, NV  89145

McMurray, Charles
Box 569
Fresno, CA  93709

Meneley, Dan
1945 Calaveras Dr
El Dorado Hills, CA  95762

Meneley, Dan & Sherry
1945 Calaveras Drive
El Dorado Hills, CA  95762

Meneley, Rob
301 Hartnell Place
Sacramento, CA  95825

Meneley, Sherry
1945 Calaveras Dr
El Dorado Hills, CA  95762

Moitoso, Ed
543 E Angela St
Pleasanton, CA  94566

Moraru, Lina
6414 Terra Way
Citrus Heights, CA  95610

Motion Telecom
Box 653
Naperville, IL  60566

Mountain Valley Express
Box 2569
Manteca, CA  95336

Neofunds By Neopost
Box 30193
Tampa, FL  33630
```

```
Neopost Leasing, Inc.
3400 Bridge Parkway, Ste 201
Redwood City, CA  94065

Nevada Power
Box 30086
Reno, NV  89520

NGLIC
C/O Superior Vision Srvs, Inc
Box
Dallas, TX  75320

Ochoa, Alberto
780 Belasco Ave
Sacramento, CA  95815

Office Depot
Box 70025
Los Angeles, CA  90074

Office Supplies Unlimited
3335 Longview Dr
Sacramento, CA  95821

Orleans Hotel & Casino
Accounts Receivable
4500 W Tropicana
Las Vegas, NV  89103

Osborne, Bryan
7839 Montara
Rancho Cucamonga, CA  91701

Pest Control Center
3845 Madison Ave
North Highlands, CA  95660

Pinelo, Erick
724 Williams Ave
Sacramento, CA  95838

Pokorny, Nicolay
1470 Creekside Dr #18
Walnut Creek, CA  94596

Protosovitskiy, Anton
4188 Birdwell Way
North Highlands, CA  95660

Radion, Yuriy
8599 Travary Way
Antelope, CA  95843
```

```
Ramsey Express Trucking Inc
Rough & Ready Island Bldg 618
Box 10
Stockton, CA  95203

Republic Logistic Services
1107 2nd Street Ste 310
Sacramento, CA  95814

Republic Services
770 E Sahara Ave
Box 98508
Las Vegas, NV  89193

Romero, Eusebio
5324 Country Brook Lane
Salida, CA  95368

RS Hughes Co Inc
Box 292933
Sacramento, CA  95829

Rudneva, Liliya
3345 El Valle Way
Antelope, CA  95843

Safe Security
Box 660826
Dallas, TX  75266

Sage Software Inc
Box 404927
Atlanta, GA  30384

Salinas, Adan
3149 Ogden Lane
Stockton, CA  95206

Semper Pactolus LLC
4395 S. Cameron St, Ste C
Las Vegas, NV  89103

Serv-A-Lite Products Inc
3451 Morton Dr
East Moline, IL  61244

Sierra Office Supply
9950 Horn Rd Ste 5
Sacramento, CA  95827

Sinitsa, Peter
5946 Crowder Way
Sacramento, CA  95842
```

```
SMUD
Box 15555
Sacramento, CA  95852

Sonora Corporation
C/O Chang & Cote LLP
19138 Walnut Dr Ste 100
Rowland Heights, CA  91748

Source Building Products
25617 Gateway Blvd
Tracy, CA  95377

Sparkletts
Box 660579
Dallas, TX  75266

Stepanov, Sergey
4728 Dry Creek Rd #B
Sacramento, CA  95838

Tansey, Bernard
1056 Durness Pl
San Jose, CA  95122

Ted Johnson Propane Co
5140 N Elton Street
Baldwin Park, CA  91706

Toner World.Com
Box 242
Brattleboro, VT  05302

Toshiba Business Solutions
3170 Corporate Pl
Hayward, CA  94545

Trenz, Tracey
2612 Tronero Way
Rancho Cordova, CA  95670

U-Neac Fastener Co
7500 14th Ave #1
Sacramento, CA  95820

Union Holdings Llc
1748 Union St
San Francisco, CA  94123

Unity Courier Service Inc
3231 Fletcher Dr
Los Angeles, CA  90065

Up & Running
840 E Parkridge Ave Ste 105
Corona, CA  92879
```

```
UPS
Box 894820
Los Angeles, CA   90189

Verizon
Payment Processing Center
Box 9688
Mission Hills, CA   91346

Verizon Calfornia
Box 9688
Mission Hills, CA   91346

Verizon Wireless
Box 9622
Mission Hills, CA   91346

Waste Management
P.O Box 78251
Phoenix, AZ   85062

Watson, Larry
7863 Glen Echo St
Citrus Heights, CA   95610

Wells Fargo Of California Insurance
Dept 33714
Box 39000
San Francisco, CA   94139

West Coast Pure Water
Box 306910-M
Woburn, MA   01801

Wood Dynamics Cabinetry
11333 Sunco Lane #106
Rancho Cordova, CA   95742

Woodlawn Foundation
901 Sneath Lane Ste 115
San Bruno, CA   94066

Worthy, Linda
921 Stoneman Way
El Dorado Hills, CA   95762

Zhurakovskiy, Sergey
7023 26th St
Rio Linda, CA   95763

Zurich North America
Deductible Recovery Group Nw 5608
Box
Minneapolis, MN   55485
```