Filed 03/02/11    Case 11-22685    Doc 49

FILED
March 02, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003320045

DAVID A. ROBERTS, SBN 88723
PAUL C. FRANCO, SBN 203899
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, California 93704-2225
Telephone: (559) 225-6550
Facsimile: (559) 225-7912
Email: droberts@caswellbell.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In Re ) Case No.: 11-22685-D-11
)
BLUE RIBBON STAIRS, INC. ) REQUEST FOR SPECIAL NOTICE, FOR
) PLAN AND DISCLOSURE OF
Debtor. ) STATEMENT AND FOR INCLUSION
) ON MAILING LIST
)
)

PLEASE TAKE NOTICE THAT Jim Heath, a creditor in the above-captioned bankruptcy case, hereby requests that all matters for which any notice must be given to creditors, any creditors' committee and other parties in interest, whether sent by the court, the debtor, or any other party in this case, including but not limited to, all notices, orders, applications, plans, disclosure statements, motions, pleadings, and complaints, be sent to the undersigned, and that the following address be added to the court's master mailing list for this case.

David A. Roberts, Esq.
Caswell Bell & Hillison LLP
5200 North Palm, Suite 211
Fresno, California 93704

Dated: February 28, 2011    CASWELL BELL & HILLISON LLP

By: _____
David A. Roberts